Marion I. Quesenbery, SBN 072308
Rynn & Janowsky, LLP
P.O. Box 20799
Oakland, CA 94620
Telephone: 510.705.8894
Direct Fax: 949.225.4765
E-Mail: marion@rjlaw.com

Attorneys for Plaintiffs

**GRANTED**
*Lucy H. Koh*
Judge Lucy H. Koh

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WHOLE LEAF USA, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED SECURITY BANK, et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIM, CROSSCLAIMS, AND THIRD PARTY COMPLAINT. | CASE NO. 5: 13-CV-3833-LHK<br><br>**PLAINTIFFS' COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT THE CMC**<br><br>**CMC Date: March 12, 2014**<br>**CMC Time: 2:00 p.m.**<br>**CMC Location: Courtroom 8, 4th Fl.,**<br>　　　　　　　　　San Jose, CA |

　　　Plaintiffs' counsel, Marion I. Quesenbery, respectfully requests permission to appear telephonically at the Case Management Conference on March 12, 2014 at 2:00 p.m. before the Honorable Lucy H. Koh.

Date: December 3, 2013　　　　　RYNN & JANOWSKY, LLP

　　　　　　　　　　　　　　　　By:　/s/ Marion I. Quesenbery
　　　　　　　　　　　　　　　　　　　Marion I. Quesenbery
　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

REQUEST TO APPEAR TELEPHONICALLY AT CMC – Case No. 13-CV-3833-LHK

Page 1