UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WHOLE LEAF USA, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED SECURITY BANK, et al., <br><br> Defendants. | Case No.  13-cv-03833-BLF <br><br> **CASE MANAGEMENT ORDER** |

On 05/14/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | 11/13/2014 at 9:00 am. |
| Final Pretrial Conference | 01/15/2015 at 2:30 pm |
| Trial | 02/02/2015 at 9:00 am |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2 are referred to the assigned Magistrate Judge.
3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4 orders, which are available on the Court's website and in the Clerk's Office.

Dated:  May 14, 2014

_____
BETH LABSON FREEMAN
United States District Judge