| | |
|---|---|
| 1 | **WANGER JONES HELSLEY PC** |
| | 265 E. River Park Circle, Suite 310 |
| 2 | Fresno, California 93720 |
| | Telephone: (559) 233-4800 |
| 3 | Facsimile: (559) 233-9330 |
| | E-Mail: owanger@wjhattorneys.com |
| 4 | |
| | Oliver W. Wanger #40331 |
| 5 | Timothy Jones # 119841 |
| | Patrick D. Toole #190118 |
| 6 | |
| | Attorneys for: Defendant, Cross-claimant, Counter-claimant, and Third Party Plaintiff |
| 7 | United Security Bank, a California corporation |
| 8 | **RYNN & JANOWSKY, LLP** |
| | 4100 Newport Place Drive, Suite 700 |
| 9 | Newport Beach, California 92660 |
| | Telephone: (949) 752-2911 |
| 10 | Facsimile: (949) 752-0953 |
| 11 | Marion I. Quesenbery #072308 |
| | Patricia J. Rynn #92048 |
| 12 | |
| | Attorneys for: Plaintiffs Whole Leaf USA, LLC; Field Fresh Farms, LLC; |
| 13 | Double M Ranches Inc., and MKM Farms, Inc. |
| 14 | **JOHNSON, MONCRIEF, & HART, P.C.** |
| | 16 W. Gabilan Street |
| 15 | Salinas, California 93901 |
| | Telephone: (831) 759-0900 |
| 16 | Facsimile: (831) 759-0902 |
| | E-mail: dennis@johnsonmoncrief.com |
| 17 | |
| | Attorneys for: Defendants Chieftain Harvesting, Inc., David Mills, and Joseph Esquivel |
| 18 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WHOLE LEAF USA, LLC; et al., | Case No. 5:13-cv-3833-BLF |
| | Order re: |
| Plaintiffs, | **STIPULATIONS TO DISMISS WITH AND WITHOUT PREJUDICE** |
| v. | |
| | **[Fed. R. Civ. Proc. 40(a)(1)]** |
| UNITED SECURITY BANK; et al. | |
| | Complaint Filed: August 19, 2013 |
| Defendants. | Cross-Actions Filed: October 11, 2013 |
| AND RELATED CROSSCLAIMS, COUNTERCLAIM, AND THIRD PARTY COMPLAINT | Trial Date: May 4, 2015 |
| | Courtroom: 3 |
| | Honorable Beth Labson Freeman |

///

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Whole Leaf USA, LLC and Double M Ranches, Inc., on behalf of themselves only, voluntarily dismiss Defendants Chieftain Harvesting, Inc., Mr. David Mills and United Security Bank with prejudice.  Separately, United Security Bank requests the Court also dismiss, without prejudice under Rule 41(a)(1), its Counterclaim against Whole Leaf USA filed October 11, 2013, (Docket No. 20) only.  In light of the requested Dismissals, the remaining claims and parties that are unaffected by this Stipulation are:

1. Field Fresh Farms, LLC and MKM Farms Inc., claims against Defendants United Security Bank, Chieftain Harvesting, Inc. and Mr. David Mills;

2. United Security Bank's Answer and Cross-Complaint against Chieftain Harvesting, Inc., and Mr. David Mills; and

3. United Security Bank's Third Party Complaint against Mr. Joseph Esquivel.

All parties waive the right to recover all fees and costs relating to the Dismissals by Whole Leaf USA, Double M Ranches, Inc. and, United Security Bank, Inc; however, neither Whole Leaf USA nor Double M Ranches, Inc., waive any remedy that may be secured from the United States Department of Agriculture for the sums past due from Chieftain Harvesting, Inc.

DATED:  July 22, 2014.             WANGER JONES HELSLEY PC

                                   By_____/s/ Patrick D. Toole_____
                                       Oliver W. Wanger
                                       Timothy Jones
                                       Patrick D. Toole
                                       Attorneys for Defendant United Security Bank


DATED:  July 22, 2014.             RYNN & JANOWSKY, LLP

                                   By_____/s/ Marion I. Quesenbery_____
                                       Marion I. Quesenbery
                                       Patricia J. Rynn
                                       Attorneys for Plaintiffs Whole Leaf USA,
                                       LLC; Field Fresh Farms, LLC;
                                       Double M Ranches Inc., and
                                       MKM Farms, Inc.

*Additional signatures on following page*

1  DATED: July 22, 2014.                    JOHNSON, MONCRIEF, & HART PC

2                                           By_____/s/ Dennis Lewis_____
                                               Dennis Lewis
3                                              Defendants Chieftain Harvesting, Inc.,
                                               David Mills, and Joseph Esquivel
4

5

6  PURSUANT TO STIPULATION, IT IS SO ORDERED.

7       The claims against all defendants by Plaintiffs Whole Leaf USA LLC and Double M

8  Ranches Inc. are dismissed with prejudice.  The counterclaim against Whole Leaf USA LLC

9  by Defendant United Security Bank is dismissed without prejudice.

10 IT IS SO ORDERED.

11 Date: July 23, 2014

12                                           _____
                                             BETH LABSON FREEMAN
13                                           United States District Judge