**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330
E-Mail: owanger@wjhattorneys.com

Oliver W. Wanger #40331
Timothy Jones # 119841
Patrick D. Toole #190118

Attorneys for: Defendant, Cross-claimant, Counter-claimant, and Third Party Plaintiff
United Security Bank, a California corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHOLE LEAF USA, LLC; et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED SECURITY BANK; et al. <br><br> Defendants. | Case No. 5:13-cv-3833-BLF <br><br> **[PROPOSED] ORDER MODIFYING SCHEDULING ORDER AND SETTING PROPOSED BRIEFING SCHEDULE** <br><br> Complaint Filed:  August 19, 2013 <br> Cross-Actions Filed:  October 11, 2013 <br><br> Trial Date:  February 2, 2015 <br> Courtroom:  3 <br> Honorable Beth Labson Freeman |
| AND RELATED CROSSCLAIMS, COUNTERCLAIM, AND THIRD PARTY COMPLAINT | |

      Pursuant to the Stipulation to Modify Scheduling Order and Proposed Briefing Schedule signed by all parties to this action and upon good cause, the Court sets the following deadlines:

///

///

///

///

|  | **Previous Date** | **New Date** |
|---|---|---|
| Factual Discovery Cut-off | July 31, 2014 | September 8, 2014 |
| Expert Disclosure | July 21, 2014 | August 29, 2014 |
| Rebuttal Expert | July 31, 2014 | September 5, 2014 |
| Filing of Dispositive Motions | September 2, 2014 | September 16, 2014 |
| Opposition/Response | None set | October 7, 2014 |
| Reply | None set | October 17, 2014 |

The following dates shall remain unchanged pursuant to Court's Case Management Order filed May 14, 2014, *Docket 60*:

| | |
|---|---|
| Hearing date for Dispositive Motions | November 13, 2014 |
| Motions in Limine | January 15, 2015 at 2:30 pm |
| Pretrial | January 15, 2015 at 2:30 pm |
| Trial | February 2, 2015 at 9:00 am |

**IT IS SO ORDERED.**

DATED:  July 29, 2014

_____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE