UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| WHOLE LEAF USA, LLC, et al.,<br>Plaintiffs,<br><br>v.<br><br>UNITED SECURITY BANK, et al.,<br>Defendants. | Case No. 13-cv-03833-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATED DISMISSAL**<br><br>[Re: ECF 171] |

Defendant United Security Bank ("USB") has filed a stipulation of dismissal, purporting to voluntarily dismiss all claims against it by Plaintiff MKM Farms. USB filed along with this stipulation a proposed order to grant the stipulated dismissal. However, the stipulation fails to comply with multiple requirements of Fed. R. Civ. P. 41(a)(1), under which the dismissal is sought. In particular:

1. A defendant may not voluntarily dismiss claims against it, even with a stipulation. Only a plaintiff may dismiss the plaintiff's claims against a defendant by filing a stipulation of dismissal. *See* Fed. R. Civ. P. 41(a)(1)(A).

2. A stipulation of voluntary dismissal filed by a plaintiff must be signed by all remaining parties who have appeared. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, **IT IS HEREBY ORDERED** that:

Defendant's motion is **DENIED**. This is **WITHOUT PREJUDICE** to Plaintiff MKM Farms' filing a stipulation of dismissal that complies with all requirements Fed. R. Civ. P. 41(a)(1)(A)(ii). The court also notes that this stipulation of dismissal need not be filed as a motion, as no action is required on the part of the court to effect a dismissal under Fed. R. Civ. P. 41(a)(1).

Dated: 2/5/2015

_____
BETH LABSON FREEMAN
United States District Judge