UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIELD FRESH FARMS, LLC, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>CHIEFTAIN HARVESTING, INC., et al.,<br><br>　　　　　　　Defendants. | Case No.  13-cv-03833-BLF<br><br>**ORDER CONTINUING TRIAL DATE**<br><br>[Re: ECF 175] |

　　　The Court is in receipt of the remaining parties' Stipulation to Continue Trial Date Pending Execution of Settlement Documents and Execution of Dismissal.  ECF 175.  Upon review, the Court finds good cause to CONTINUE the presently scheduled trial date of March 30, 2015 to **May 4, 2015**.  The parties shall endeavor to file a stipulation dismissing the remaining claims within a reasonable time.

　　　**IT IS SO ORDERED.**

Dated: March 30, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge